**OTONIEL ARROYO GALARZA**
**WANDA I. LEDUC CARRASQUILLO**
Debtors

09-04373 GAC
Ch. 13
*Asset Case*

NOTICE OF AMENDED SCHEDULES

TO THE HONORABLE COURT:

Come now the above named debtors, through the undersigned counsel, and respectfully represent:

Pursuant to Rule 1009(a) F.R.B.P. debtors herewith give notice of the following amendments to the Schedules:

I.. *Schedule "C".* Property Claimed Exempt.

Is amended as follows:

a). to claim an exemption of $**705.00** over the value of debtors' interest in the 2005 Ford Escape listed in Schedule "B"(25) pursuant to 11 USC §522(d)(2) (Hers).

All other claim of exemptions made by debtors the original Schedule "C" filed by debtors along with the bankruptcy petition remain unaltered. See attachment.

**DECLARATION UNDER PENALTY OF PERJURY**

I, the undersigned petitioner, declare under penalty that I have read the information provided in the foregoing amended schedules and statements, and that they are true and correct to the best of my knowledge, information, and belief.

*s/Otioniel Arroyo Galarza*      *s/ Wanda I. Leduc Carrasquillo*

Dated: 07/29/2009

CERTIFICATE OF SERVICE: The undersigned hereby certifies that this document was filed electronically on this same date using the CM/ECF system which will send notice of such filing to ECF participants: Alejandro Oliveras Rivera, Ch.13 Trustee, aorecf@ch13sju.com; and by regular mail to all other parties in interest as per the attached master address list.

DATED: 07/30/09

By:

ANGEL M. EGOZCUE LAW OFFICES
P.O.Box 366087
San Juan, P.R. 00936-6087
Tel: 781-5635 Fax: 793-8193
*/s/ Angel Medina Arana*
Angel L. Medina Arana
*Attorney for the above named Debtors*
U.S.D.C.#201408
medinarana@gmail.com

B6C (Official Form 6C) (12/07)

In re **OTONIEL ARROYO GALARZA and WANDA I. LEDUC CARRASQUILLO**,
Debtor(s)

Case No. **09-04373 GAC**
(if known)

# A M E N D E D
# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☒ 11 U.S.C. § 522(b) (2)
☐ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| PRIMARY RESIDENCE LOCATED AT VILLA FONTANA 2YR72 VIA 20 CAROLINA PR 00983 (300.5 SQ. MTRS OF LAND; LIVING ROOM; DINING ROOM; KITCHEN; 3 BEDROOMS; 1 BATHROOM & 2 CARS CARPORT) | 11 USC 522(d)(1) | $ 25,367.00 | $ 127,000.00 |
| CASH | 11 USC 522(d)(5) | $ 8.00 | $ 8.00 |
| SAVINGS ACCOUNT AT ASOC. EMPLEADOS DEL ELA | 11 USC 522(d)(5) | $ 1,191.00 | $ 1,191.00 |
| SAVINGS ACCOUNT AT WESTERNBANK | 11 USC 522(d)(5) | $ 120.00 | $ 120.00 |
| DEPOSITS WITH PUBLIC UTILITIES WATER ($50), LIGHT ($50) | 11 USC 522(d)(5) | $ 100.00 | $ 100.00 |
| LIVING ROOM SET ($50), DINING ROOM SET ($50), 3 BEDROOM SETS ($450), 3 TVS' ($160), MICROWAVE ($20), STOVE ($50), REF. ($150), COMPUTER ($100), STEREO ($50), 3 DVD PLAYER ($60), 2 A/C ($200), WASHER ($150), DRYER ($150), FANS ($80) | 11 USC 522(d)(3) 11 USC 522(d)(5) | $ 1,680.00 $ 40.00 | $ 1,720.00 |

B6C (Official Form 6C) (12/07)

In re OTONIEL ARROYO GALARZA and WANDA I. LEDUC CARRASQUILLO,
Debtor(s)

Case No. 09-04373 GAC
(if known)

# AMENDED
## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| CDS' ($75), DVDS' ($75) | 11 USC 522(d)(5) | $ 150.00 | $ 150.00 |
| CLOTHING | 11 USC 522(d)(3) | $ 1,200.00 | $ 1,200.00 |
| JEWELRY | 11 USC 522(d)(4) | $ 50.00 | $ 50.00 |
| DIGITAL CAMERA | 11 USC 522(d)(5) | $ 75.00 | $ 75.00 |
| 2008 INCOME TAX REFUND | 11 USC 522(d)(5) | $ 1,725.00 | $ 1,725.00 |
| 2002 SUZUKI VITARA | 11 USC 522(d)(2) | $ 3,500.00 | $ 3,500.00 |
| 2005 FORD ESCAPE | 11 USC 522 (d)(2) (Hers) | $ 705.00 | $10,900.00 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 09-04373-GAC13<br>District of Puerto Rico<br>Old San Juan<br>Tue Jul 21 15:48:01 AST 2009 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424-B<br>SAN JUAN, PR 00902-4140 | PR DEPARTMENT OF LABOR<br>PRUDENCIO RIVERA MARTINEZ BLDG<br>505 MUNOZ RIVERA AVENUE<br>12 FLOOR<br>SAN JUAN, PR 00918 |
| US TRUSTEE<br>EDIFICIO OCHOA<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO TX 79998-1537 |
| ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN PR 00936-4508 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | BANCO POPULAR DE PUERTO RICO<br>PO BOX 70100<br>SAN JUAN PR 00936-8100 |
| BANCO SANTANDER PUERTO RICO<br>PO BOX 362589<br>SAN JUAN PR 00936-2589 | BANK OF AMERICA<br>PO BOX 15019<br>WILMINGTON DE 19886-5019 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 |
| DISCOVER CARD<br>PO BOX 6103<br>CAROL STREAM IL 60197-6103 | DORAL BANK<br>PO BOX 363814<br>SAN JUAN PR 00936-3814 | DORAL BANK<br>PO BOX 70308<br>SAN JUAN,PR 00936-8308 |
| DORAL BANK<br>PO BOX 71529<br>SAN JUAN PR 00936-8629 | FIA CARD SERVICES<br>PO BOX 15019<br>WILMINGTON DE 19886-5019 | FIRST BANK<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 |
| FIRSTBANK<br>PO BOX 13817<br>SAN JUAN PR 00908-3800 | HOME DEPOT CREDIT SERVICES<br>PROCESSING CENTER<br>DES MOINES IA 50364-0500 | SAM'S CLUB<br>PO BOX 530942<br>ATLANTA GA 30353-0942 |
| SEARS CREDIT CARDS<br>PO BOX 183114<br>COLUMBUS OH 43218-3114 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS, CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | ANGEL M EGOZCUE<br>ANGEL M EGOZCUE & ASSOCIATES<br>PO BOX 366087<br>SAN JUAN, PR 00936-6087 |
| FEDERAL LITIGATION DEPT. OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | OTONIEL ARROYO GALARZA<br>VILLA FONTANA<br>2YR72 VIA 20<br>CAROLINA, PR 00983-4717 |
| WANDA I LEDUC CARRASQUILLO<br>VILLA FONTANA<br>2YR72 VIA 20<br>CAROLINA, PR 00983-4717 | | |